IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JOEL FLOWE, | ) | CIVIL 13-00111-LEK-BMK |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| GERALDINE TAVARES, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on March 11, 2013 and served on all parties on March 12, 2013, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "FINDINGS AND RECOMMENDATION TO DENY PLAINTIFF'S APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES WITHOUT PREJUDICE," docket entry no. 7, are adopted as the opinion and order of this Court.

IT IS SO ORDERED.


DATED AT HONOLULU, HAWAII, March 27, 2013.



 /S/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

**JOEL FLOWE V. GERALDINE TAVARES, ET AL; CIVIL 13-00111 LEK-BMK;
ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**